UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JULIE BLANCHARD AND** <br> **SOPHISTICATED SALADS, L.L.C. DBA** <br> **SOPHISTICATED CARE & GRILL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-4023** |
| **GREGORY LONERO, INDIVIDUALLY** <br> **AND IN HIS OFFICIAL CAPACITY, AS A** <br> **DULY COMMISSIONED LAW ENFORCEMENT** <br> **OFFICER; ET AL** | **SECTION "K"(3)** |

## ORDER

For the reasons stated on the record at the hearing held December 10, 2008, the motion for summary judgement filed on behalf of Greg Lonero in his individual capacity (Doc. 76) is Granted to the extent that it seeks to dismiss plaintiffs's 42 U.S.C. §1983 claim against him in his individual capacity.

New Orleans, Louisiana, this 12th day of December , 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE