UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JULIE BLANCHARD, et al | * | CIVIL ACTION NO. 06-4023 |
| Plaintiffs | * | |
| versus | * | SECTION "K" |
| | * | JUDGE DUVAL |
| GREGORY J. LONERO, et al | * | |
| Defendants | * | MAG 3 |
| | * | MAGISTRATE KNOWLES |

* * * * * * * * * * * * * * * * * * *

ORDER

Considering the foregoing Motion to Dismiss Third Party Demand,

IT IS ORDERED that the Third Party Demand by GREGORY J. LONERO and EILEEN LONERO against UNITED NATIONAL INSURANCE COMPANY be and is hereby dismissed with prejudice.

NEW ORLEANS, LOUISIANA this __13th__ day of ___October___, 2009.

_____
Stanwood R. Duval, Jr.
United States District Judge